IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BERNARD C. McGEE,

    Plaintiff,

v.                                                      CASE NO. 5:11-cv-80-RS-GRJ

TIFFT, et al.,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 9). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendants Sloan, McNeil, and Gulf Correctional Institution are **DISMISSED as parties** to this action pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

3. The case remains pending against Defendants Tifft and Bush.

**ORDERED** on December 28, 2011.

                              /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**