# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**BERNARD C. McGEE,**

    **Plaintiff,**

**v.**                              **CASE NO. 5:11-cv-80-RS-GRJ**

**TIFT, et al.,**

    **Defendants.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 42).

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendants Tift's and Bush's Motion to Dismiss Plaintiff's First Amended Complaint for Failure to Exhaust His Administrative Remedies (Doc. 28) is **GRANTED**.

3. The Clerk is directed to close the case.

**ORDERED** on November 27, 2012.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**